## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MSTM, LLC and M&M MASS SPEC
CONSULTING, LLC,

        Plaintiffs,

  v.

AB SCIEX LLC,

        Defendant.

Civil Action No. _____

## **COMPLAINT**

Plaintiffs MSTM, LLC ("MSTM") and M&M Mass Spec Consulting, LLC ("M&M") (collectively, "Plaintiffs"), for their Complaint against Defendant AB Sciex LLC ("Sciex" or "Defendant") hereby allege, on knowledge as to their own actions, and upon information and belief as to all other matters, as follows:

## **INTRODUCTION**

1.      This is a civil action for the infringement of U.S. Patent Nos. 7,977,629 ("the '629 Patent"), 9,105,458 ("the '458 Patent"), 10,679,838 ("the '838 Patent"), 11,430,648 (the '648 Patent"), 9,870,909 ("the '909 Patent"), 9,552,973 ("the '973 Patent"), 10,128,096 ("the '096 Patent"), and 10,796,894 ("the '894 Patent") (collectively, the "Patents-in-Suit") pursuant to the Patent Laws of the United States, 35 U.S.C. § 100, *et seq*., including §§ 271(a), 271(b), and/or 271(c).

2.      The Patents-in-Suit — all of which are either owned by or exclusively licensed to Plaintiffs — relate to mass spectrometry. Mass spectrometry is an analytical technique that, *inter alia*, identifies and quantifies one or more compounds and components within a sample, and also traces of components at minute concentrations. Mass spectrometry technology has emerged as

one of the key technologies used in various analytical applications, such as drug development procedures, proteomics, metabolomics, chemical and forensic analyses, and pharmaceutical analysis.

3.     Plaintiff M&M was co-founded by Charles McEwen, Ph.D. in July 2006 together with Richard McKay, Ph.D.   M&M was built on the principle of bringing needed mass spectrometry technology to market at a fair and competitive price.

4.     Plaintiff MSTM was founded by Charles McEwen, Ph.D. and Sarah Trimpin, Ph.D. in November 2013.  MSTM is a National Science Foundation ("NSF") recognized and awarded company in the field of mass spectrometry.

5.     Drs. McEwen and Trimpin have been innovative leaders in developing novel ionization technologies for mass spectrometry.

6.     Dr. McEwen is the President of MSTM.  Dr. McEwen is also the Houghton Professor of Chemistry & Biochemistry at the University of the Sciences ("USciences") in Philadelphia, which merged with Saint Joseph's University ("SJU") in 2022.  Dr. McEwen received his doctorate from the University of Virginia, a Master of Science degree from Atlanta University, and a Bachelor of Science degree from the College of William and Mary.  Dr. McEwen is well-known for inventing the Atmospheric Solids Analysis Probe (ASAP) devices and methods, which have been used extensively in mass spectrometry.  Dr. McEwen was awarded the DuPont Peterson Award in connection with his innovative contributions in the field of mass spectrometry. Dr. McEwen is the inventor of numerous patents related to mass spectrometry.  Dr. McEwen has edited and co-authored books and chapters of books and has over one hundred peer-reviewed publications in mass spectrometry.

7.      Dr. Trimpin is the Chief Executive Officer of MSTM.  Dr. Trimpin is also a tenured Professor in the Department of Chemistry at Wayne State University ("Wayne State") in Detroit, Michigan.  Dr. Trimpin received her Doktor der Naturwissenschaften (Doctor of Science) from the Max-Planck-Institute for Polymer Research, and Diplom Chemie and Baccalaureate from Universität Konstanz.  Among many awards, Dr. Trimpin has been awarded the American Society for Mass Spectrometry ("ASMS") Biemann Medal for development of novel ionization processes for mass spectrometry.  The Biemann Medal was established in honor of Professor Klaus Biemann and is presented annually to recognize the achievements of an academic scientist in mass spectrometry early in one's career.

8.      Dr. Trimpin has also received the NSF CAREER award, the American Society for Mass Spectrometry Young Investigator Award, the Pittsburgh Conference Achievement Award, the DuPont Young Professor Award, the Eli Lilly Young Investigator in Analytical Chemistry Award, and the Wayne State Schaap Faculty Scholar Award for Excellence in Teaching and Research.  In addition, Dr. Trimpin received the Wayne State Board of Governors' Faculty Recognition award.  Dr. Trimpin has authored over eighty publications, co-authored books, and is an inventor of over eleven patents related to mass spectrometry.

9.      Drs. McEwen's and Trimpin's ionization methods and technologies are well-recognized in the field of mass spectrometry.  Many mass spectrometry companies, including Sciex, have sought out Drs. Trimpin and McEwen for their innovative know-how and technology in the area of mass spectrometry.

10.     For many years, Sciex expressed considerable interest in the ionization technologies discovered by Drs. McEwen and Trimpin.  For many years, Sciex expressed interest in having a business relationship and collaborating with MSTM.

11.    Sciex executed a confidential non-disclosure agreement ("NDA") with Wayne State in order to assess its interest in licensing the '973, '096 and '894 Patents.

12.    In 2015, Sciex executed an NDA with MSTM because Sciex was interested in a business relationship related to MSTM's novel matrix-assisted ionization technologies and licensing MSTM's Patents-in-Suit.

13.    For many years, Sciex repeatedly praised the novel ionization technologies for mass spectrometry embodied in MSTM's Patents-in-Suit.  For example, Mr. Chris Lock, Sr. Global Director, Research and Portfolio Management at Sciex, wrote to the NSF stating that Sciex can confidently attest that MSTM's matrix-assisted ionization patented technology is an excitingly novel and groundbreaking technology that has excellent potential to revolutionize mass spectrometry analyses.  However, Sciex declined to license the Patents-in-Suit.

14.    Without a license or authorization, Sciex is manufacturing, using, offering to sell, selling within, and/or importing into the United States mass spectrometry devices and products that infringe the Patents-in-Suit.

15.    Plaintiffs bring this action for patent infringement to protect their rights and investments in their innovations embodied in the Patents-in-Suit infringed by Sciex.

16.    Sciex's past and continuing sales of its mass spectrometry products (i) willfully infringe the Patents-in-Suit and (ii) impermissibly take the significant benefit of Plaintiffs' patented technologies without compensation to Plaintiffs.

17.    Sciex's decision to not obtain a license to the Patents-in-Suit has forced Plaintiffs to seek remediation to stop Sciex's continuing willful infringement of the Patents-in-Suit and to be compensated for Sciex's past willful infringement of the Patents-in-Suit.

## THE PARTIES

18.     Plaintiff MSTM is a Delaware limited liability company with its principal place of business at 28 Tenby Chase Drive, Newark, Delaware 19711.

19.     Plaintiff M&M is a Delaware limited liability company with its principal place of business at 32583 Woods Court, Harbeson, Delaware 19951.

20.     Defendant Sciex is a limited liability company organized under the laws of the State of Delaware with a principal place of business and corporate headquarters located at 500 Old Connecticut Path, Framingham, Massachusetts, 01701.  Sciex is a wholly owned subsidiary of Danaher Corporation.  Sciex is registered to conduct business in the Commonwealth of Massachusetts.

## JURISDICTION AND VENUE

21.     This action arises under the patent laws of the United States, 35 U.S.C. § 100, *et seq.*, including §§ 271(a), 271(b), and/or 271(c).

22.     This Court has subject matter jurisdiction over the matters asserted herein pursuant to 28 U.S.C. §§ 1331 and 1338(a).

23.     This Court has personal jurisdiction over Sciex because Sciex has a principal place of business in Massachusetts and is registered to conduct business in Massachusetts.  Sciex's principal place of business is located at 500 Old Connecticut Path, Framingham, Massachusetts, 01701.

24.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(a), 1391(c), and 1400(b) because Sciex has a principal place of business and engages in infringing activities in this District.  Sciex regularly conducts business in this District and is subject to personal jurisdiction in this District.

## THE PATENTS-IN-SUIT

25.     On July 12, 2011, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '629 Patent, titled "Atmospheric Pressure Ion Source Probe for a Mass Spectrometer," to inventors Charles Nehemiah McEwen and Richard Garrett McKay.  A true and correct copy of the '629 Patent is attached as Exhibit A.  Plaintiff M&M is the owner and assignee of all legal title in the '629 Patent and holds the right to sue and recover damages for infringement, including ongoing and past infringement.

26.     On August 11, 2015, the USPTO duly and legally issued the '458 Patent, titled "System and Methods for Ionizing Compounds Using Matrix-Assistance for Mass Spectrometry and Ion Mobility Spectrometry," to inventors Sarah Trimpin and Ellen dela Victoria Inutan.  A true and correct copy of the '458 Patent is attached as Exhibit B.  Plaintiff MSTM is the owner and assignee of all legal title in the '458 Patent and holds the right to sue and recover damages for infringement, including ongoing and past infringement.

27.     On June 9, 2020, the USPTO duly and legally issued the '838 Patent, titled "System and Methods for Ionizing Compounds Using Matrix-Assistance for Mass Spectrometry and Ion Mobility Spectrometry," to inventors Sarah Trimpin and Ellen dela Victoria Inutan.  A true and correct copy of the '838 Patent is attached as Exhibit C.  Plaintiff MSTM is the owner and assignee of all legal title in the '838 Patent and holds the right to sue and recover damages for infringement, thereof, including ongoing and past infringement.

28.     On August 30, 2022, the USPTO duly and legally issued the '648 Patent, titled "System and Methods for Ionizing Compounds Using Matrix-Assistance for Mass Spectrometry and Ion Mobility Spectrometry," to inventors Sarah Trimpin and Ellen dela Victoria Inutan.  A true and correct copy of the '648 Patent is attached as Exhibit D.  Plaintiff MSTM is the owner

and assignee of all legal title in the '648 Patent and holds the right to sue and recover damages for infringement, including ongoing and past infringement.

29.    On January 16, 2018, the USPTO duly and legally issued the '648 Patent, titled "Compositions and Methods for Mass Spectrometry," to inventor Sarah Trimpin.  A true and correct copy of the '909 Patent is attached as Exhibit E.  Plaintiff MSTM is the owner and assignee of all legal title in the '909 Patent and holds the right to sue and recover damages for infringement, including ongoing and past infringement.

30.    On January 24, 2017, the USPTO duly and legally issued the '973 Patent, titled "System and Method for Ionization of Molecules for Mass Spectrometry and Ion Mobility Spectrometry," to inventors Charles Nehemiah McEwen, Sarah Trimpin, and Vincent Salvatore Pagnotti.  A true and correct copy of the '973 Patent is attached as Exhibit F.  The '973 Patent has been assigned to USciences and Wayne State (collectively, the "Universities").  The Universities granted MSTM an exclusive (worldwide) license having all substantial rights to the '973 Patent. A true and correct copy of MSTM's exclusive (worldwide) license agreement is attached as Exhibit G.

31.    On November 13, 2018, the USPTO duly and legally issued the '096 Patent, titled "System and Method for Ionization of Molecules for Mass Spectrometry and Ion Mobility Spectrometry," to inventors Charles Nehemiah McEwen, Sarah Trimpin, and Vincent Salvatore Pagnotti.  A true and correct copy of the '096 Patent is attached as Exhibit H.  The '096 Patent has been assigned to the Universities.  The Universities granted MSTM an exclusive (worldwide) license having all substantial rights to the '096 Patent.  *See* Exhibit G.

32.    On October 6, 2020, the USPTO duly and legally issued the '894 Patent, titled "System and Method for Ionization of Molecules for Mass Spectrometry and Ion Mobility

Spectrometry," to inventors Charles Nehemiah McEwen, Sarah Trimpin, and Vincent Salvatore Pagnotti. A true and correct copy of the '894 Patent is attached as Exhibit I. The '894 Patent has been assigned to the Universities. The Universities granted MSTM an exclusive (worldwide) license having all substantial rights to the '894 Patent. *See* Exhibit G.

33.     Pursuant to its exclusive (worldwide) license agreement for the '973, '096, and '894 Patents (collectively, the "Licensed Patents"), MSTM has the sole right to elect to pursue any resolution of any alleged infringement or unauthorized use of the Licensed Patents. On December 12, 2022, and January 13, 2023, respectively, USciences and Wayne State acknowledged and consented to MSTM exercising its sole and exclusive right to assert the Licensed Patents against Sciex. As the exclusive (worldwide) licensee, MSTM holds the sole right to sue and recover damages for infringement of the Licensed Patents, including ongoing and past infringement.

## THE PLAINTIFFS' INNOVATIVE IONIZATION TECHNOLOGIES

### M&M's ASAP Probe Patented Technology

34.     Dr. McEwen coinvented the groundbreaking technology known as the Atmospheric Solids Analysis Probe ("ASAP" or "ASAP Probe") that is embodied in the '629 Patent.

35.     Dr. McEwen founded M&M with his co-inventor, Dr. Richard McKay. M&M markets and sells the ASAP Probe technology. MSTM is a distributor of the ASAP Probe.

36.     Since 2011, M&M and MSTM have marked the ASAP Probes notifying the public of the patented technology embodied within their products.

37.     The '629 Patent, titled "Atmospheric Pressure Ion Source Probe for a Mass Spectrometer," claims, *inter alia*, an ion source that has the ability to ionize compounds from both liquid and solid sources, which facilitates ionization of volatile and semi-volatile compounds by applying heat from a gas stream as well as highly nonvolatile compounds infused by electrospray or separated by liquid chromatography or capillary electrophoresis. The '629 Patent issued on

July 12, 2011 from U.S. Patent Application No. 12/231,524 filed on September 8, 2008 and Provisional Application No. 60/975,385 filed on September 26, 2007.

38.     The M&M website described and continues to describe an ASAP probe for the AB Sciex Turbo V and specifically stated: "AB Sciex Turbo V Ion Source with ASAP probe" and "Atmospheric Solids Analysis Probe, ASAP (Patent 7,977,629)."  *See* http://www.asap-ms.com/.

39.     Sciex had actual knowledge that M&M's website described an ASAP probe for the AB Sciex Turbo V and specifically stated: "AB Sciex Turbo V Ion Source with ASAP probe" and "Atmospheric Solids Analysis Probe, ASAP (Patent 7,977,629)."

40.     An ASAP Probe device is marketed, described, and offered on MSTM's website at https://mstmsolutions.com/products/atmospheric-solids-analysis-probe-asap/.   MSTM's website also mentions that the ASAP Probe is protected under the '629 Patent.

41.     Sciex had actual knowledge that MSTM's website states that MSTM is a distributor of the ASAP Probe protected under the '629 Patent.

**MSTM's Patented Ionization Technologies For Mass Spectrometry**

42.     MSTM is a small business that has been supported by NSF's Phase, I, II, and Technology Enhancement for Commercial Partnership ("TECP") awards to commercialize the company's advanced mass spectrometry ionization techniques.

43.     The NSF's Small Business Innovation Research ("SBIR") / Small Business Technology Transfer ("STTR") programs offer a TECP supplemental funding opportunity to all active NSF SBIR/STTR Phase II awardees, like MSTM.  The TECP program is intended to help small businesses, like MSTM, successfully commercialize their technologies.

44.     Drs. McEwen and Trimpin co-invented the groundbreaking and nationally awarded mass spectrometry technologies embodied in the '973, '096, and '894 Patents.

45.     The inventions claimed in the '973, '096, and '894 Patents were recognized by the NSF with the National Science Foundation Career Award.

46.     The '973, '096, and '894 Patents relate to, *inter alia*, ionizing systems that include a channel having an inlet disposed in a first pressure region and an outlet disposed in a second pressure region, a pressure of the first pressure region being greater than a pressure of the second pressure region; a heater is coupled to the channel and configured to heat the channel; and a device is configured to introduce an analyte into the channel where the analyte is ionized.

47.     In addition, the '973, '096, and '894 Patents relate to, *inter alia*, ionizing methods that include creating a pressure differential across a channel having a first end disposed in a first pressure and a second disposed in a second pressure, with or without heating the channel, receiving an analyte in the channel, and ionizing the analyte in the channel.

48.     As the CEO and co-founder of MSTM, Dr. Trimpin also invented the groundbreaking, innovative, and well-regarded mass spectrometry technologies embodied in the '458, '898, '648, and '909 Patents.

49.     The '458, '898, and '648 Patents relate to, *inter alia*, systems and methods for producing ions, singly or multiply charged, and analyzing compounds of widely varying molecular weights including small molecules, as well as macromolecules using matrices and vacuum and referred to as matrix-assisted ionization vacuum ("MAIV").

50.     For the discovery, implementation, and utility of, particularly, vacuum matrix-assisted ionization embodied in the '458, '898, and '648 Patents, Dr. Trimpin was awarded the ASMS Biemann Medal in June 2019.

51.     The '909 Patent relates to, *inter alia*, mass spectrometry and ion mobility spectrometry and more particularly to ionizing matrices facilitating transfer of analyte compounds

from solid or solution states into gas-phase ions when the ionizing matrix is associated with an analyte and subjected to conditions in which the ionizing matrix sublimes or evaporates. The '909 Patent is based, in part, on the discovery of certain matrix compounds to produce analyte ions when a mixture of the matrix compound and the analyte is exposed to vacuum conditions without the need to apply high voltage or a laser.

52.    Sciex entered into an NDA with Wayne State, where Dr. Trimpin is a professor, relating to potential licensing of the technologies embodied in the '973, '096, and '894 Patents. Sciex was aware of each of the '973, '096, and '894 Patents since at least issuance.

53.    Since as early as 2015, Sciex has recognized the commercial benefit of utilizing and incorporating MSTM's patented technologies in Sciex's mass spectrometry instrumentations and devices.

54.    On May 15, 2015, Dr. Randy Arnold (Market Development Specialist, Sciex) together with Drs. Yves LeBlanc (Senior Research Scientist, Sciex) and David Brokaw (Sales Representative, Sciex) sent an NDA to Dr. McEwen to execute on behalf of MSTM so that Sciex can assess its interest in MSTM's patented technologies for mass spectrometry.

55.    In May 2015, Sciex and MSTM entered into an NDA, under which MSTM disclosed confidential information related to its patented matrix-assisted ionization technologies, including other information regarded as confidential and proprietary information, which includes unpublished pending patent applications.

56.    Under the NDA, as the receiving party, Sciex's purpose of using confidential information was limited to assessing Sciex's interest in licensing MSTM's Patents-in-Suit and a possible business relationship related to MSTM's new matrix-assisted ionization technologies

regarding Sciex products, including, without limitation AB SCIEX triple TOF and triple quad mass spectrometers.

57.     Pursuant to the NDA, MSTM shall retain all rights and remedies afforded under all U.S. and foreign patent, copyright, trademark, and other applicable laws for protecting confidential, proprietary, or trade secret information.

58.     After executing the NDA in May 2015, at Sciex's invitation, Drs. Trimpin and McEwen demonstrated MSTM's patented ionization technologies on Sciex's mass spectrometers to employees and executives at Sciex.  Sciex's personnel received tutorials in the patented ionization technology based on Sciex's representations that it wanted to collaborate with MSTM and was interested in licensing MSTM's patented technologies.  Indeed, Drs. Trimpin and McEwen taught Sciex personnel what to do and what not to do with respect to implementing MSTM's patented technologies on Sciex's mass spectrometry instruments.  The demonstrations of MSTM's patented technologies performed at Sciex's request were considered successful by Sciex.

59.     On July 24, 2015, Sciex provided a letter to the NSF that served as formal recognition and continued support for the NSF STTR Phase II proposal Automated High Throughput and Surface Inlet Ionization for Mass Spectrometry that was submitted by MSTM (the "Sciex 2015 NSF Letter").

60.     The Sciex 2015 NSF Letter states that Sciex is a worldwide leader in mass spectrometry technology and, as such, has considerable interest in the innovation of the new ionization technologies discovered and developed by Drs. Trimpin and McEwen and commercialized by MSTM.

61.     In the Sciex 2015 NSF Letter, Sciex states that:

Given that matrix-assisted ionization (MAI) is capable of spontaneously ionizing compounds directly from biological specimens without significant sample preparation, the speed of mass spectral data acquisition is greatly improved. Our company has initiated collaboration with Dr. Trimpin, CEO of MSTM and Professor at Wayne State University, and we are very interested in incorporating the new ionization technology on our instruments.

62.     The Sciex 2015 NSF Letter further states:

Sciex also offers assistance to further develop, through proper in-house design and manufacturing, a fool-proof, potentially clinically relevant, MAI-Interface that could be implemented as a complementary ionization technique for our Sciex mass spectrometer. The Trimpin group regularly uses a QTrap5500 Sciex mass spectrometer located in the Lipidomic core facility at Wayne State University for which such an interface will be implemented and validated.

63.     In the Sciex 2015 NSF Letter, Chris Lock, Sr. Global Director, Research and Portfolio Management at Sciex, continues to praise MSTM's matrix-assisted ionization technologies, stating:

Not only is matrix-assisted ionization incredibly fast, the method is also extremely easy to implement which makes for an ideal platform for untrained personnel. In comparison to MALDI, matrix-assisted ionization offers more (multiply charged ions and from atmospheric pressure) using less (no laser, voltages or nebulizing gases). Accordingly, I can confidently attest that matrix-assisted ionization-MS is an exciting new method and the groundbreaking research proposed by Dr. Trimpin and MSTM at this year's meeting of the American Society for Mass Spectrometry has excellent potential to revolutionize the analysis from biological specimens to synthetic materials such as synthetic cancer vaccines (and other drugs) to synthetic polymers.

64.     On September 11, 2015, Dr. Trimpin wrote Sciex's Dr. LeBlanc regarding another visit to Sciex. That email noted "my former student Ellen Inutan, co-inventor of MAIV, is coming back to work with us." Sometime around October 13-16, 2015, Drs. Trimpin and McEwen again visited Sciex's facilities to demonstrate MSTM's patented technologies on Sciex's mass spectrometry instruments.

65.    On October 14, 2015, at the request of Sciex and under the NDA, Dr. Trimpin provided Sciex with a list and summary of MSTM's patent information, including the patent applications related to matrix-assisted ionization vacuum and laserspray ionization vacuum.

66.    In an October 14, 2015 email from Dr. Trimpin to Dr. Yves LeBlanc of Sciex, Dr. Trimpin wrote:

> Dear Yves,
>
> Again, a delicious dinner choice! *Attached is a summary of the patent information you asked about.*  I can find the files of *the other patent applications when back* at school.  For now I am attaching the issued 'MAIV' (what we are practicing at Sciex these days when using no or low temperature) and the first "LSIV patent" (one of the patents that covers ionization through collisions and heat); I am under the impression that the "LSIV" is issued in the meanwhile.  For both there were continuation patents filed and the "LSIV" was allowed in the meanwhile as I was told.
>
> Please let me, or better Chuck, know if you have any questions.
>
> Best wishes,
> Sarah
> Please keep confidential per terms of the signed NDA's with MSTM and WSU.

A true and correct copy of the Dr. Trimpin's October 14, 2015 email with attachments is attached hereto as Exhibit J. (emphasis added).

67.    The October 14, 2015 email from Dr. Trimpin to Dr. LeBlanc of Sciex attached the following:  (i)  "Patent summary.docx";  (ii)  PCT3_US2011_057769.pdf;  and  (iii)  60054-002001_issued pat9105458.pdf.  *See* Exhibit J.

68.    The "Patent summary.docx" document contained the title "Patents" and listed a series of patent filings thereunder.  For example, the first entry listed U.S. Application No. 13/899,552 (which issued as the '458 Patent, '838 Patent, and '648 Patent).  In addition, "Patent summary.docx" listed U.S. Application No. 14/739,826 (which issued as the '909 Patent).  In addition, "Patent summary.docx" listed PCT Application No. US11.50150, which issued as the

'973 Patent, '096 Patent, and '894 Patent.    The attached item "60054-002001_issued

pat9105458.pdf" was a copy of the '458 Patent.

69.    Sciex did not comply with its obligations under the NDA by, among other things,

incorporating, without authorization, MSTM's patented ionization technologies into Sciex's mass

spectrometry devices.

70.    After many years and discussions with MSTM about Sciex's interest in MSTM's

patented mass spectrometry ionization technologies and collaborating with MSTM, Sciex has not

executed a patent license agreement with MSTM.

## SCIEX INFRINGED THE PATENTS-IN-SUIT
## AND HAS BEEN DOING SO WILLFULLY

71.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in

paragraphs 1 through 70 as if fully set forth herein

72.    Sciex has had actual knowledge of the Patents-in-Suit prior to the filling of this

Complaint.  In addition, Sciex has had actual knowledge of the patent applications that lead to the

issuance of the Patents-in-Suit prior to the filing of this Complaint.

73.    Sciex has had actual knowledge of the Patents-in-Suit by virtue of its employees'

firsthand knowledge.

74.    Drs. Trimpin and McEwen of Plaintiffs had extensive interactions with Sciex —

both in person and in correspondence — related to MSTM's patented technologies and the Patents-

in-Suit, including related to licensing MSTM's patent portfolio.

75.    Sciex was monitoring Plaintiffs' patents, including obtaining patent filing

information from Plaintiffs and evaluating licensing.  For example, Dr. Trimpin provided patent

filing information at Sciex's request via email on October 14, 2015 to Sciex's Dr. LeBlanc.  In

addition, Sciex sent MSTM an NDA to allow Sciex to assess its interest in MSTM's patented

technologies.  Further, in October 2015, Drs. Trimpin and McEwen visited Sciex with respect to the patented technologies and to discuss licensing MSTM's patent portfolio.

76.    Sciex had actual knowledge of the '458, '838, '648, '909, '973, '096, and '894 Patents since, at least, issuance and the associated applications US 13/899,552, US 14/739,826, PCT US11.50150 since, at least, around October 2015 when that information was disclosed to Sciex by Plaintiffs.

77.    Sciex has had actual knowledge of the '629 Patent for at least the last six years. Sciex has had actual knowledge that the M&M website (http://www.asap-ms.com/) listed "Sciex Turbo V Ion Source with ASAP probe" and "Atmospheric Solids Analysis Probe, ASAP (Patent 7,977,629)."

78.    Sciex has not obtained a license or otherwise acquired rights from Plaintiffs to practice one or more claims of each of the Patents-in-Suit.  Rather, Sciex chose a path of willful infringement.

79.    At a minimum, Sciex has been willfully blind to the fact that its mass spectrometry devices infringe one or more claims of each of the Patents-in-Suit.  Sciex should have known that the accused mass spectrometry devices infringe one or more claims of each of the Patents-in-Suit.

## COUNT I
## Infringement of the '629 Patent

80.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 79 as if fully set forth herein.

81.    The cause of action for Sciex's infringement of the '629 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

82.    The attached Exhibit K identifies by example where and how each element of one or more claims of the '629 Patent are found with respect to Sciex's mass spectrometer devices, which include but are not limited to the IntaBio system.

83.    Sciex has directly and/or indirectly infringed one or more claims of the '629 Patent, either literally or under the doctrine of equivalents. *See* Exhibit K.

84.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '629 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused mass spectrometry products, including without limitation the IntaBio system, that practice one or more claims of the '629 Patent.  Sciex practices every element of at least one claim of the '629 Patent with respect to each accused mass spectrometry product.

85.    In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '629 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused mass spectrometry products) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused infringing products to directly infringe one or more claims of the '629 Patent.  The third party practices every element of at least one claim of the '629 Patent under this inducement by Sciex.  Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '629 Patent with the specific intent to infringe or with willful blindness to that infringement. Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '629 Patent.  Sciex has a training website (https://sciex.com/support) which provides registered

customers access to training materials. A user directly infringes one or more claims when they use the accused Sciex's mass spectrometry devices, including without limitation, the IntaBio system, for their intended purpose in accordance with Sciex's instructions. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '629 Patent by actively inducing its customers' direct infringement within the United States.

86. In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '629 Patent by, among other things, offering to sell, selling within and/or importing into the United States the accused mass spectrometry devices, including without limitation the IntaBio system, and such accused mass spectrometry devices embody a material part of the claimed inventions in the '629 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '629 Patent by actively contributing to its customers' direct infringement within the United States.

87. Sciex's infringement of the '629 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '629 Patent and that its activities infringe the '629 Patent. For example, Sciex engaged in extensive interactions with Drs. Trimpin and McEwen relating to the patented technology, including patent licensing for the '629 Patent. Furthermore, as Sciex is well-aware, M&M's website recited "Sciex Turbo V Ion Source with ASAP probe" and "Atmospheric Solids Analysis Probe, ASAP (Patent 7,977,629)." Sciex has infringed and continues to infringe despite having knowledge of its infringement. At a minimum, Sciex willfully blinded itself to these facts.

88. Sciex has committed and continues to commit these acts of infringement of the '629 Patent without a valid license or authorization.

89. As a result of Sciex's infringement of the '629 Patent, M&M has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

**COUNT II**
**Infringement of the '973 Patent**

90. Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 89 as if fully set forth herein.

91. The cause of action for Sciex's infringement of the '973 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

92. The attached Exhibit L identifies by example where and how each element of one or more claims of the '973 Patent are found with respect to Sciex's mass spectrometer devices, which include but are not limited to Sciex's SelexION Technology devices ("Sciex's MS Devices").

93. Sciex has directly and/or indirectly infringed one or more claims of the '973 Patent, either literally or under the doctrine of equivalents. *See* Exhibit L.

94. In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '973 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '973 Patent. Sciex practices every element of at least one claim of the '973 Patent with respect to each accused Sciex's MS Device.

95. In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '973 Patent by actively inducing third parties (*e.g.,*

Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or more claims of the '973 Patent. The third party practices every element of at least one claim of the '973 Patent under this inducement by Sciex. Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '973 Patent with the specific intent to infringe or with willful blindness to that infringement. Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '973 Patent. Sciex has a training website (https://sciex.com/support) which provides registered customers access to training materials. A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '973 Patent by actively inducing its customers' direct infringement within the United States.

96.    In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '973 Patent by, among other things, offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '973 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '973 Patent by actively contributing to its customers' direct infringement within the United States.

97.     Sciex's infringement of the '973 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '973 Patent and that its activities infringe the '973 Patent.  For example, Sciex entered into the NDA with MSTM and Drs. McEwen and Trimpin to assess Sciex's interest in licensing and commercially developing the technology embodied in the '973 Patent.  In addition, Sciex admitted in the Sciex 2015 NSF Letter that MSTM's novel patented technologies can be applied to Sciex's mass spectrometers.  Given the October 14, 2015 email from Dr. Trimpin to Sciex providing a summary of patent filings, and the additional facts previously discussed, Sciex has had actual knowledge of the '973 Patent as of the date it issued and that its activities infringe the '973 Patent.  Sciex has infringed and continues to infringe despite having knowledge of its infringement.  At a minimum, Sciex willfully blinded itself to these facts.

98.     Sciex has committed and continues to commit these acts of infringement of the '973 Patent without a license or authorization.

99.     As a result of Sciex's infringement of the '973 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

## COUNT III
### Infringement of the '096 Patent

100.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 99 as if fully set forth herein.

101.    The cause of action for Sciex's infringement of the '096 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

102.    The attached Exhibit M identifies by example where and how each element of one or more claims of the '096 Patent are found with respect to Sciex's mass spectrometer devices,

which include but are not limited to Sciex's SelexION Technology devices ("Sciex's MS Devices").

103.    Sciex has directly and/or indirectly infringed one or more claims of the '096 Patent, either literally or under the doctrine of equivalents.  *See* Exhibit M.

104.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '096 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '096 Patent.  Sciex practices every element of at least one claim of the '096 Patent with respect to each accused Sciex's MS Device.

105.    In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '096 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or more claims of the '096 Patent.  The third party practices every element of at least one claim of the '096 Patent under this inducement by Sciex.  Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '096 Patent with the specific intent to infringe or with willful blindness to that infringement.  Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '096 Patent. Sciex has a training website (https://sciex.com/support) which provides registered customers access to training materials.  A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions.

Sciex has been, and currently is, indirectly infringing at least one or more claims of the '096 Patent by actively inducing its customers' direct infringement within the United States.

106.    In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '096 Patent by, among other things, offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '096 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use.  Sciex has been, and currently is, indirectly infringing at least one or more claims of the '096 Patent by actively contributing to its customers' direct infringement within the United States.

107.    Sciex's infringement of the '096 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '096 Patent and that its activities infringe the '096 Patent.  For example, Sciex entered into an NDA with MSTM to assess Sciex's interest in licensing and commercially developing the technology embodied in the '096 Patent.  In addition, Sciex admitted in the Sciex 2015 NSF Letter that MSTM's novel patented technologies can be applied to Sciex's mass spectrometers.  Given the October 14, 2015 email from Dr. Trimpin to Sciex providing a summary of patent filings, and the additional facts previously discussed, Sciex has had actual knowledge of the '096 Patent as of the date it issued and that its activities infringe the '096 Patent.  Sciex has infringed and continues to infringe despite having knowledge of its infringement. At a minimum, Sciex willfully blinded itself to these facts.

108.    Sciex has committed and continues to commit these acts of infringement of the '096 Patent without a license or authorization.

109.    As a result of Sciex's infringement of the '096 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

**COUNT IV**
**Infringement of the '894 Patent**

110.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 109 as if fully set forth herein.

111.    The cause of action for Sciex's infringement of the '894 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

112.    The attached Exhibit N identifies by example where and how each element of one or more claims of the '894 Patent are found with respect to Sciex's mass spectrometer devices, which include but are not limited to Sciex's SelexION Technology devices ("Sciex's MS Devices").

113.    Sciex has directly and/or indirectly infringed one or more claims of the '894 Patent, either literally or under the doctrine of equivalents.  *See* Exhibit N.

114.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '894 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '894 Patent.  Sciex practices every element of at least one claim of the '894 Patent with respect to each accused Sciex's MS Device.

115.    In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '894 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or

more claims of the '894 Patent.  The third party practices every element of at least one claim of the '894 Patent under this inducement by Sciex.  Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '894 Patent with the specific intent to infringe or with willful blindness to that infringement.  Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '894 Patent. Sciex has a training website (https://sciex.com/support) which provides registered customers access to training materials.  A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '894 Patent by actively inducing its customers' direct infringement within the United States.

116.    In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '894 Patent by, among other things, offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '894 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use.  Sciex has been, and currently is, indirectly infringing at least one or more claims of the '894 Patent by actively contributing to its customers' direct infringement within the United States.

117.    Sciex's infringement of the '894 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '894 Patent and that its activities infringe the '894

Patent.  For example, Sciex entered into an NDA with MSTM to assess Sciex's interest in licensing and commercially developing the technology embodied in the '894 Patent.  Given the October 14, 2015 email from Dr. Trimpin to Sciex providing a summary of patent filings, and the additional facts previously discussed, Sciex has had actual knowledge of the '894 Patent as of the date it issued and that its activities infringe the '894 Patent.  Sciex has infringed and continues to infringe despite having knowledge of its infringement.  At a minimum, Sciex willfully blinded itself to these facts.

118.    Sciex has committed and continues to commit these acts of infringement of the '894 Patent without a license or authorization.

119.    As a result of Sciex's infringement of the '894 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

## COUNT V
## Infringement of the '458 Patent

120.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 119 as if fully set forth herein.

121.    The cause of action for Sciex's infringement of the '458 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

122.    The attached Exhibit O identifies by example where and how each element of one or more claims of the '458 Patent are found with respect to Sciex's mass spectrometer devices with MAIV, which include but are not limited to Sciex's SelexION Technology devices with MAIV ("Sciex's MS Devices").

123.    Sciex has directly and/or indirectly infringed one or more claims of the '458 Patent, either literally or under the doctrine of equivalents.  *See* Exhibit O.

124.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '458 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '458 Patent. Sciex practices every element of at least one claim of the '458 Patent with respect to each accused Sciex's MS Device.

125.    In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '458 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or more claims of the '458 Patent. The third party practices every element of at least one claim of the '458 Patent under this inducement by Sciex. Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '458 Patent with the specific intent to infringe or with willful blindness to that infringement. Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '458 Patent. Sciex has a training website (https://sciex.com/support) which provides registered customers access to training materials. A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '458 Patent by actively inducing its customers' direct infringement within the United States.

126.    In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '458 Patent by, among other things,

offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '458 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '458 Patent by actively contributing to its customers' direct infringement within the United States.

127.     Sciex's infringement of the '458 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '458 Patent and that its activities infringe the '458 Patent. For example, Sciex received a copy of the '458 Patent at least by October 14, 2015 as part of patent discussions with MSTM. Sciex has infringed and continues to infringe despite having knowledge of its infringement. At a minimum, Sciex willfully blinded itself to these facts.

128.     Sciex has committed and continues to commit these acts of infringement of the '458 Patent without a license or authorization.

129.     As a result of Sciex's infringement of the '458 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

## COUNT VI
### Infringement of the '909 Patent

130.     Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 129 as if fully set forth herein.

131.     The cause of action for Sciex's infringement of the '909 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

132.    The attached Exhibit P identifies by example where and how each element of one or more claims of the '909 Patent are found with respect to Sciex's mass spectrometer devices with MAIV, which include but are not limited to Sciex's SelexION Technology devices with MAIV ("Sciex's MS Devices").

133.    Sciex has directly and/or indirectly infringed one or more claims of the '909 Patent, either literally or under the doctrine of equivalents.  *See* Exhibit P.

134.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '909 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '909 Patent.  Sciex practices every element of at least one claim of the '909 Patent with respect to each accused Sciex's MS Device.

135.    In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '909 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or more claims of the '909 Patent.  The third party practices every element of at least one claim of the '909 Patent under this inducement by Sciex.  Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '909 Patent with the specific intent to infringe or with willful blindness to that infringement.  Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '909 Patent. Sciex has a training website (https://sciex.com/support) which provides registered customers

access to training materials. A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '909 Patent by actively inducing its customers' direct infringement within the United States.

136. In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '909 Patent by, among other things, offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '909 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '909 Patent by actively contributing to its customers' direct infringement within the United States.

137. Sciex's infringement of the '909 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '909 Patent and that its activities infringe the '909 Patent. For example, Sciex entered into an NDA with MSTM to assess Sciex's interest in licensing and commercially developing the technology embodied in the '909 Patent. In addition, Sciex told the NSF that Sciex was delighted that MSTM developed novel ionization technologies covered by the '909 Patent for use in Sciex's mass spectrometers, such as QTrap 5500 Sciex mass spectrometer. In addition, Sciex admitted in the Sciex 2015 NSF Letter that MSTM's novel patented technologies can be applied to Sciex's mass spectrometers. Given the October 14, 2015 email from Dr. Trimpin to Sciex providing a summary of patent filings, and the additional facts previously discussed, Sciex has had actual knowledge of the '909 Patent as of the date it issued

and that its activities infringe the '909 Patent. Sciex has infringed and continues to infringe despite having knowledge of its infringement. At a minimum, Sciex willfully blinded itself to these facts.

138.    Sciex has committed and continues to commit these acts of infringement of the '909 Patent without a license or authorization.

139.    As a result of Sciex's infringement of the '909 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

**COUNT VII**
**Infringement of the '838 Patent**

140.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 139 as if fully set forth herein.

141.    The cause of action for Sciex's infringement of the '838 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

142.    The attached Exhibit Q identifies by example where and how each element of one or more claims of the '838 Patent are found with respect to Sciex's mass spectrometer devices with MAIV, which include but are not limited to Sciex's SelexION Technology devices with MAIV ("Sciex's MS Devices").

143.    Sciex has directly and/or indirectly infringed one or more claims of the '838 Patent, either literally or under the doctrine of equivalents. *See* Exhibit Q.

144.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '838 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '838 Patent. Sciex practices every element of at least one claim of the '838 Patent with respect to each accused Sciex's MS Device.

145.     In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '838 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or more claims of the '838 Patent.  The third party practices every element of at least one claim of the '838 Patent under this inducement by Sciex.  Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '838 Patent with the specific intent to infringe or with willful blindness to that infringement.  Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties that aid and abet or facilitate the direct infringement of one or more claims of the '838 Patent.  Sciex has a training website (https://sciex.com/support) which provides registered customers access to training materials.  A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions.  Sciex has been, and currently is, indirectly infringing at least one or more claims of the '838 Patent by actively inducing its customers' direct infringement within the United States.

146.     In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '838 Patent by, among other things, offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '838 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use.  Sciex has been, and

currently is, indirectly infringing at least one or more claims of the '838 Patent by actively contributing to its customers' direct infringement within the United States.

147.    Sciex's infringement of the '838 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '838 Patent and that its activities infringe the '838 Patent.  For example, Sciex entered into an NDA with MSTM to assess Sciex's interest in licensing and commercially developing the technology embodied in the '838 Patent.  In addition, Sciex told the NSF that Sciex was delighted that MSTM developed novel ionization technologies covered by the '838 Patent for use in Sciex's mass spectrometers, such as QTrap 5500 Sciex mass spectrometer.  In addition, Sciex admitted in the Sciex 2015 NSF Letter that MSTM's novel patented technologies can be applied to Sciex's mass spectrometers.  Given the October 14, 2015 email from Dr. Trimpin to Sciex providing a summary of patent filings, and the additional facts previously discussed, Sciex has had actual knowledge of the '838 Patent as of the date it issued and that its activities infringe the '838 Patent.  Sciex has infringed and continues to infringe despite having knowledge of its infringement.  At a minimum, Sciex willfully blinded itself to these facts.

148.    Sciex has committed and continues to commit these acts of infringement of the '838 Patent without a license or authorization.

149.    As a result of Sciex's infringement of the '838 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

## COUNT VIII
### Infringement of the '648 Patent

150.    Plaintiffs repeat, reallege, and incorporate by reference the allegations in paragraphs 1 through 149 as if fully set forth herein.

151.    The cause of action for Sciex's infringement of the '648 Patent arises under 35 U.S.C. §§ 271(a), 271(b) and/or 271(c).

152.    The attached Exhibit R identifies by example where and how each element of one or more claims of the '648 Patent are found with respect to Sciex's mass spectrometer devices with MAIV, which include but are not limited to Sciex's SelexION Technology devices with MAIV ("Sciex's MS Devices").

153.    Sciex has directly and/or indirectly infringed one or more claims of the '648 Patent, either literally or under the doctrine of equivalents.  *See* Exhibit R.

154.    In violation of 35 U.S.C. § 271(a), Sciex has directly infringed and continues to directly infringe one or more claims of the '648 Patent by making, using, offering to sell, selling within and/or importing into the United States, at least, the accused Sciex's MS Devices that practice one or more claims of the '648 Patent.  Sciex practices every element of at least one claim of the '648 Patent with respect to each accused Sciex's MS Device.

155.    In violation of 35 U.S.C. § 271(b), Sciex has indirectly infringed and continues to indirectly infringe at least one claim of the '648 Patent by actively inducing third parties (*e.g.*, Sciex's customers of the accused Sciex's MS Devices) to make, use, offer to sell, sell within and/or import into the United States, at least, the accused Sciex's MS Devices to directly infringe one or more claims of the '648 Patent.  The third party practices every element of at least one claim of the '648 Patent under this inducement by Sciex.  Sciex has taken and continues to take active steps to encourage and facilitate third parties to directly infringe one or more claims of the '648 Patent with the specific intent to infringe or with willful blindness to that infringement.  Sciex's affirmative acts include, without limitation, providing instructions, videos, demonstrations, operating manuals, educational materials, website materials, and technical support to third parties

that aid and abet or facilitate the direct infringement of one or more claims of the '648 Patent. Sciex has a training website (https://sciex.com/support) which provides registered customers access to training materials. A user directly infringes one or more claims when they use the accused Sciex's MS Devices for their intended purpose in accordance with Sciex's instructions. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '648 Patent by actively inducing its customers' direct infringement within the United States.

156. In violation of 35 U.S.C. § 271(c), Sciex has contributed to and continues to contribute to the infringement of one or more claims of the '648 Patent by, among other things, offering to sell, selling within and/or importing into the United States, without authority or license, at least, the accused Sciex's MS Devices, and such accused Sciex's MS Devices embody a material part of the claimed inventions in the '648 Patent, knowing that such products and/or components were specifically made or specially adapted for use in an infringing manner, and that they are not staple articles of commerce suitable for a substantial non-infringing use. Sciex has been, and currently is, indirectly infringing at least one or more claims of the '648 Patent by actively contributing to its customers' direct infringement within the United States.

157. Sciex's infringement of the '648 Patent has been willful and continues to be willful. Sciex has had and has actual knowledge of the '648 Patent and that its activities infringe the '648 Patent. For example, Sciex entered into an NDA with MSTM to assess Sciex's interest in licensing and commercially developing the technology embodied in the '648 Patent. In addition, Sciex told the NSF that Sciex was delighted that MSTM developed novel ionization technologies covered by the '648 Patent for use in Sciex's mass spectrometers, such as QTrap 5500 Sciex mass spectrometer. In addition, Sciex admitted in the Sciex 2015 NSF Letter that MSTM's novel patented technologies can be applied to Sciex's mass spectrometers. Given the October 14, 2015

email from Dr. Trimpin to Sciex providing a summary of patent filings, and the additional facts previously discussed, Sciex has had actual knowledge of the '648 Patent as of the date it issued and that its activities infringe the '648 Patent. Sciex has infringed and continues to infringe despite having knowledge of its infringement. At a minimum, Sciex willfully blinded itself to these facts.

158.    Sciex has committed and continues to commit these acts of infringement of the '648 Patent without a license or authorization.

159.    As a result of Sciex's infringement of the '648 Patent, MSTM has suffered damages and will continue to suffer damages, including damages awardable under 35 U.S.C. §§ 284 and 285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment in Plaintiffs' favor against Sciex, and provide Plaintiffs with the following relief:

A.    That Defendant has directly infringed each of the Patents-in-Suit under 35 U.S.C. § 271(a);

B.    That Defendant has induced the infringement by a third-party user of each of the Patents-in-Suit under 35 U.S.C. § 271(b);

C.    That Defendant has contributed to the infringement of third parties of each of the Patents-in-Suit under 35 U.S.C. § 271(c);

D.    That Plaintiffs be awarded all damages adequate to compensate Plaintiffs for Defendant's past infringement and any continuing or future infringement of the Patents-in-Suit until the date such judgment is entered, including pre- and post-judgment interest, cost, and disbursement as justified under 35 U.S.C. § 284;

E.    That the damages awarded to Plaintiffs with respect to each of the Patents-in-Suit be increased up to three times, in view of Defendant's willful infringement, in accordance with 35 U.S.C. § 284;

F.    That this case be declared an exceptional one in favor of Plaintiffs under 35 U.S.C. § 285, and that Plaintiffs be awarded its reasonable attorneys' fees and other expenses incurred in connection with this action in accordance with 35 U.S.C. § 285 and Rule 54(d) of the Federal Rules of Civil Procedure;

G.    That Plaintiffs be awarded an ongoing license fee;

H.    That Plaintiffs be awarded all equitable relief the Court deems just and proper as a result of Defendant's infringement, including an injunction; and

I.    That Plaintiff be awarded any and all other relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury of all issues so triable.

Dated: May 19, 2023

Respectfully submitted,

/s/    *Erika M. Page*
Erika M. Page (BBO 700052)
FOX ROTHSCHILD LLP
33 Arch Street, Suite 3110
Boston, MA 02110
(617) 848-4000
epage@foxrothschild.com

Wanda French-Brown (pro hac vice pending)
Howard Suh (pro hac vice pending)
James H. McConnell (pro hac vice pending)
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, NY 10178
(646) 601-7617
wfrench-brown@foxrothschild.com
hsuh@foxrothschild.com
jmcconnell@foxrothschild.com

Joe G. Chen, Ph.D. (pro hac vice pending)
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, NJ 08648
(609) 844-3024
joechen@foxrothschild.com

*Attorneys for Plaintiffs MSTM, LLC and*
*M&M Mass Spec Consulting, LLC*